Brady K. McGuinness #172548
Keith M. White #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants
ELSA PEREZ, KEVIN N. TWEED and DENISE S. TWEED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN N. TWEED; DENISE S. TWEED; and ELSA PEREZ,<br><br>    Defendants. | Case No.  2:16-cv-01654-TLN-CKD<br><br>**ORDER GRANTING REQUEST TO EXTEND FILING DATE FOR RESPONSE TO THE COMPLAINT BY DEFENDANTS KEVIN N. TWEED AND DENISE S. TWEED**<br><br>Complaint Served:    November 3, 2016<br>                                     and November 14, 2016<br>Current Response:    December 30, 2016<br>New Response Date:   January 13, 2017<br><br>Trial Date:    December 19, 2017<br>Judge:          Hon. Troy L. Nunley |

Upon considering the parties' Stipulation and Request to Extend Filing Date for Response to the Complaint by Defendants Kevin N. Tweed and Denise S. Tweed, and upon good cause showing:

IT IS HEREBY ORDERED THAT the deadline for Defendants Kevin N. Tweed and Denise S. Tweed to file responsive pleadings shall be extended to Friday, January 13, 2017.

DATED:  December 29, 2016

_____
Troy L. Nunley
United States District Judge